IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INDEMNITY COMPANY** § | | **PLAINTIFF** |
| § | | |
| § | | |
| **v.** § | | **Civil No. 1:18cv400-HSO-RPM** |
| § | | |
| § | | |
| **LASHONDA JOHNSON, et al.** § | | **DEFENDANTS** |

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff Allstate Indemnity Company's Motion [79] for Default Judgment and Declaratory Judgment Against All Defendants,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Allstate Indemnity Company against Defendants Lashonda Johnson, Rena Davis, and Tridget Davis (collectively, the "Defendants"), pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(vi) and 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201, *et seq.*, there is no liability coverage under Plaintiff Allstate Indemnity Company's auto insurance policy designated as Policy No. 810629308 issued to Lashonda Johnson (the "Allstate Policy") for the claims of Tridget Davis and Rena Davis against Lashonda Johnson arising out of the alleged collision described in the complaint filed in the Circuit Court of Leflore County, Mississippi, by Rena Davis and Tridget Davis against Lashonda Johnson (the "Davis Lawsuit").

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Allstate Indemnity Company owes no duty to defend Lashonda Johnson in the Davis Lawsuit.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Allstate Indemnity Company owes no other duties to Defendants Lashonda Johnson, Rena Davis, and Tridget Davis, and there are no coverages available for any of the Defendants under the Allstate Policy.

**SO ORDERED AND ADJUDGED**, this the 14th day of December, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE